# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS, | Case No. CV 19-9048-CBM (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| CA DEPT. OF CORRECTIONS & REHABILITATION, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 6, 2019

HON. CONSUELO B. MARSHALL
United States District Judge